# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALLIED FIRE PROTECTION SYSTEMS AND ZURICH AMERICAN INSURANCE COMPANY, | : | No. 34 WM 2017 |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (WARNER), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of July, 2017, the Application for Review of Stay Order of the Commonwealth Court is **DENIED**.